BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  rohlfing_office@msn.com

Attorney for SABRINO FLORES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINO FLORES,<br><br>         Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>         Defendant. | No.  1:07-CV-01513 SMS<br><br>STIPULATION TO DISMISSAL WITH PREJUDICE<br><br>**ORDER** |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal shall be with prejudice.

///
///
///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Each party shall bear his/her own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

DATED: May 15, 2008  　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　*/s/ - Brian C. Shapiro*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　BRIAN C. SHAPIRO
　　　　　　　　　　　　　　　Attorneys for SABINO FLORES


DATED: May 16, 2008  　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　United States Attorney



　　　　　　　　　　　　　　　*/s/ -Donna Montano*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DONNA MONTANO
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　[By fax authorization on May 16, 2008]


IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE:  5/27/2008

　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　THE HONORABLE SANDRA M. SNYDER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com